NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BRIGHT HEAD LLC,**

*Plaintiff-Appellant*

**v.**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A, BO SHEN, dba Meqoze, YIWU MOYUNJUE ELECTRONIC COMMERCE CO., LTD., dba Moyunjue-US, DHAVAL PRAVINSINH VAGHELA, dba CHECK CHACK,**

*Defendants*

**WOPKDUPK, NANJING RUICHUANG ROBOT CO. LTD., dba HyperDolphin Direct,**

*Defendants-Appellees*

———————————

2025-2142

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 1:24-cv-13410, Senior Judge Elaine E. Bucklo.

———————————

2    BRIGHT HEAD LLC v. THE INDIVIDUALS, CORPS. IDENTIFIED
ON SCHEDULE A

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

December 31, 2025
Date

Jarrett B. Perlow
Clerk of Court